**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000316
23-JUL-2025
08:32 AM
Dkt. 20 ODSD**

NO. CAAP-25-0000316

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BARBARA D. RUMBAUGH, Personal Representative of
the Estate of Frank William Rumbaugh Jr.,
also known as Frank W. Rumbaugh Jr., Plaintiff-Appellee, v.
CRYSTAL MANALO, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
EWA DIVISION
(CIVIL NO. 1DRC-24-0009169)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Leonard, and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on or before July 2, 2025;

(2) Self-represented Defendant-Appellant Crystal Manalo (Manalo) failed to file the opening brief or request an extension of time;

(3) On July 8, 2025, the appellate clerk entered a default notice informing Manalo that the time for filing the opening brief had expired, the matter would be called to the court's attention on July 18, 2025, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Manalo could request relief from default by motion; and

(4) Manalo has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, July 23, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge